**PACIFIC TRIAL ATTORNEYS**
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATE DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, a Delaware corporation, d/b/a WWW.KNOTTS.COM,<br><br>　　　　　Defendant. | Case No. 2:25-cv-06661-DMG-AGR<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date:　　　October 31, 2025<br>Time:　　　9:30 a.m.<br>Courtroom: 8C<br>Judge:　　　Hon. Dolly M. Gee |

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

1 | Plaintiff Rebeka Rodriguez hereby respectfully submits this Notice of Supplemental Authority related to Defendant Six Flags Entertainment Corporation's Motion to Dismiss First Amended Complaint (ECF No. 16) that is *sub judice*, in order to bring to the Court's attention the following recent decision:

Order re Defendant's Motion to Dismiss Plaintiff's First Amended Complaint entered on December 15, 2025, in *Casillas v. Six Flags Entertainment Corporation*, No. 2:25-cv-6824-CBM-PD (Marshall, C.), a true and correct copy of which is attached hereto as **Exhibit "1"**.

Dated: December 16, 2025            PACIFIC TRIAL ATTORNEYS, P.C.


                                    By: */s/ Scott J. Ferrell*
                                    Scott. J. Ferrell
                                    Attorney for Plaintiff