# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, a Delaware corporation, d/b/a WWW.KNOTTS.COM,<br><br>Defendants. | Case No. CV 25-6661-DMG (AGRx)<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [24]** |

- 1 -

ORDER OF DISMISSAL                                    Case No: CV 25-6661-DMG (AGRx)

The Court, having read and considered the joint stipulation for dismissal from Plaintiff Rebeka Rodriguez and Defendant Six Flags Entertainment Corporation, and good cause appearing therefor, hereby dismisses the above-captioned action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure *with prejudice.*

IT IS SO ORDERED.

DATED:  March 16, 2026

_____
DOLLY M. GEE
Chief United States District Judge

ORDER OF DISMISSAL                                          Case No: CV 25-6661-DMG (AGRx)